UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WALTER S. JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:19-CV-377 |
| DAVID B. RAUSCH, | ) ) ) | |
| Defendant. | ) ) | |

# O R D E R

For the reasons stated in the memorandum opinion filed contemporaneously with this order, Defendant's motion to dismiss [Doc. 8] is **DENIED as MOOT**, and Defendant's motion to dismiss amended complaint [Doc. 23] is **GRANTED in part** and **DENIED in part**. The Court orders as follows:

1. **DENIES** motion to dismiss as to Count 1.

2. **GRANTS** motion to dismiss as to Count 2. Count 2 is **DISMISSED**.

3. **GRANTS** motion to dismiss as to Count 3. Count 3 is **DISMISSED**.

4. **DENIES** motion to dismiss as to Count 4.

5. **DENIES** motion to dismiss as to Count 5.

6. **GRANTS** motion to dismiss as to Count 6. Count 6 is **DISMISSED**.

7. **DENIES** motion to dismiss as to Count 7

8. **DENIES** motion to dismiss as to Count 8.

9. **GRANTS** motion to dismiss as to Count 9. Count 9 is **DISMISSED.**

**IT IS SO ORDERED.**

                                              ENTER:

                                              s/ Leon Jordan
                                      United States District Judge

2

Case 3:19-cv-00377-RLJ-DCP   Document 35   Filed 12/21/20   Page 2 of 2   PageID #: 380