UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WALTER S. JACKSON,                    )
                                       )
              Plaintiff,               )
                                       )
v.                                     )          No. 3:19-CV-377
                                       )
DAVID B. RAUSCH,                       )
                                       )
              Defendant.               )

**O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, Plaintiff's motion for summary judgment [Doc. 42] is **DENIED**, Defendant's motion for partial summary judgment [Doc. 55] is **GRANTED**, and Plaintiff's motion for preliminary injunction [Doc. 44] is **DENIED without prejudice**. The Court orders as follows:

1. **GRANTS** Defendant's motion for summary judgment and **DENIES** Plaintiff's motion for summary judgment as to Count 1. Count 1 is **DISMISSED**.

2. **GRANTS** Defendant's motion for summary judgment and **DENIES** Plaintiff's motion for summary judgment as to Count 5. Count 5 is **DISMISSED**.

3. **DENIES without prejudice** Plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED.**

ENTER:

_____s/ Leon Jordan_____
United States District Judge